**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 06-6303

———————

UNITED STATES OF AMERICA,

                                   Plaintiff - Appellee,

        versus

LUTHER JENKINS, IV,

                                   Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, District Judge. (3:99-cr-00021-ALL)

———————

Submitted: July 25, 2006               Decided: August 1, 2006

———————

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Luther Jenkins, IV, Appellant Pro Se. Amy Elizabeth Ray, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Luther Jenkins, IV, appeals the district court's order denying his "Place Holder Motion Challenging Subject Matter Jurisdiction Pursuant to Title 28 U.S.C. §1331 [sic]." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Jenkins</u>, No. 3:99-cr-00021-ALL (W.D.N.C. filed Feb. 7, 2006 & entered Feb. 8, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>